UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SCHRONDA COTTON-BASNER

      Plaintiff,                                Case No. 21-cv-504-slc

vs.

CAVE ENTERPRISES OPERATIONS, LLC
d/b/a BURGER KING OF IRONWOOD

      Defendants.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that the parties have resolved their dispute and agree to the dismissal of the above-captioned case with prejudice and on the merits and without the award of costs or fees to any party. Accordingly, the parties stipulate and agree that the Court shall enter an Order of Dismissal With Prejudice, without notice and without further action from any party.

    Dated this 30th day of August, 2022.

 

*Electronically signed by Max T. Lindsey*
Max T. Lindsey
State Bar No. 1112865
ANICH, WICKMAN & LINDSEY, S.C.
220 Sixth Avenue W.
Ashland, WI 54806
(715) 682-9114 (telephone)
(715) 682-9504 (facsimile)
mlindsey@ncis.net

*Attorneys for Plaintiff*

Dated this 30th day of August, 2022

*Electronically signed by Sari L. P{ettinger*
Sari L. Pettinger
SCOPELITIS GARVIN LIGHT HANSON &
FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
(312) 255-7200 (telephone)
(312) 422-1224 (facsimile)
spettinger@scopelitis.com

*Attorneys for Defendant*
